FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT **FILED**
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983 **EASTERN DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Central_ **DIVISION**

FEB 15 2022

**TAMMY H. DOWNS, CLERK**
**By:** _____
**DEP CLERK**

CASE NO. _4:22 CV- 154 BSM-JTR_

Jury Trial: ☑ Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Joshua M. Featherston_
ADC # _154947_

Address: _P.O. Box 1000 Wrightsville, AR. 72183_

Name of plaintiff: _____
ADC # _____

Address: _____  This case assigned to District Judge _Miller_
and to Magistrate Judge _Ray_
Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Chris Horan_

_Defendants List (Page 1 of 3)_

Position: _Doctor_

Place of employment: _Well Path_

Address: _6814 Princeton Pike, Pine Bluff, AR. 71602_

Name of defendant: _Deputy-Warden Ball_

Position: _Deputy Warden_

-4-

Defendants List Continued (Page 2 of 3)
Place of Employment: Arkansas Division of corrections
Address: 6814 Princeton Pike Pine Bluff, AR, 71602


Name of Defendant: Bruce Warren
Position: Senior Mental Health Counselor

Defendants List Continued (Page 3 of 3)

Place of employment: Arkansas Division of Correction

Address: 6814 Princeton Pike Pine Bluff, AR. 71602

Name of defendant: Kenyon Randle

Position: Major

Place of employment: Arkansas Division of Corrections

Address: 6814 Princeton Pike Pine Bluff, AR, 71602

Name of defendant: Cynthia Gaines

Position: Sergant

Place of employment: Arkansas Division of Corrections

Address: 6814 Princeton Pike Pine Bluff, AR, 71602

II.    Are you suing the defendants in:

☑ official capacity only
☑ personal capacity only
☑ both official and personal capacity

III.   Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ___

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: Joshua M. Featherston

Defendants: Chris Horan, D-W Ball, Kenyon Randle, Cynthia Gaines, Bruce Warren

    ☐     Court (if federal court, name the district; if state court, name the county):

_Eastern District_

    ☐     Docket Number: _4:20-CV-00989-KGB-PSH_

    ☐     Name of judge to whom case was assigned: _Judge Kristine G. Baker_

    ☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐     Approximate date of filing lawsuit: _8-20-2020_

    ☐     Approximate date of disposition: _____

IV.     Place of present confinement: _Wrightsville Unit, Arkansas Division of Corrections_

V.     At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.     The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__    No _____

B.     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____    No ✓

If not, why? ADC staff did not process my grievances in accordance with Policy resulting in my Appeals being rejected.

VII.    Statement of claim        Page (1 of 9)

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1) My name is Joshua M. Featherston ADC# 154947, I am the Plaintiff in this case.

2) On or about 11-29-2018 at the Maximum Security Unit the Plaintiff got called to Deputy Warden Balls office because the Chaplain had informed D-W Ball of the Plaintiff being assaulted while he was at the Cummins unit in 2017.

3) When the Plaintiff got in the office D-W Ball, Major Kenyon Randle, and SGT. Cynthia Gaines was in the office waiting for him.

Statement of claim Continued

4) In D-W Balls office the plaintiff told D-W Ball, Major Randle, and SGT. Gaines that when the plaintiff was at the cummins unit in 2017 that he had been clubed in the back of the neck, hit in the head with a laundry bag full of dead batteries, raped, and stabed in the anus with a ice pick.

5) SGT. Gaines told the plaintiff that he ~~was~~ was at fault because he should have reported it at the cummins unit.

6) The Plaintiff explained that he was scared to get help out of fear for his life and for his families lives but that he had held it in for so long that he could not take it anymore, could not hold it in for any longer. The mental trauma and the physical injuries that had been inflicted on the plaintiff was and is to much for him to deal with.

7) D-W Ball asked the plaintiff what he wanted

page (2 of 9)

Statement of Claim Continued

8) The plaintiff explained to D-W Ball, Major Randle, and SGT. Gaines that his attempts to get medical treatment had all been denied. The plaintiff explained that ~~████████~~ Dr. Horan was denying him medical treatment because of a past grievance that the plaintiff had wrote on Dr. Horan, this was in retaliation.

9) The plaintiff told D-W Ball, Major Randle, and SGT. Gaines that he needed medical treatment for his neck, head, and internal injuries that he had been denied from Dr. Horan. The plaintiff also told them that he needed someone to talk to because all that he had been through is eating at him and he cant take it.

10) The plaintiff was taken to the infirmary at the Maximum security unit. The Plaintiff explained to the medical staff in charge what all had been done to him and of the physical injuries that had been inflicted on him. This staff member told the plaintiff right then and there that there was nothing that they could do for him but that he would order X-Rays of the plaintiffs neck.

Statement of claim Continued

11) Even after the X-Rays came back refering for the Plaintiff to be given a CT scan Dr. Chris Horan still denied the plaintiff proper medical treatment.

12) When ever the Plaintiff was finally able to talk to mental health he talked to the senior Mental Health counselor Bruce Warren.

13) The plaintiff started to tell Mr. Warren what had been done to him. Mr. Warren told the Plaintiff right off that he wanted nothing to do with him and that he washed his hands of the plaintiff and Mr. Warren left the office.

14) Mr. Warren denied the plaintiff and refused to give the plaintiff proper Mental Health treatment.

15) It was obvious to the plaintiff that D-W Ball, Major Randle, SGt. Gaines, Bruce Warren, and Dr. Horan was refuseing to do what their jobs required for them to do in helping the plaintiff. So the plaintiff wrote a grievance.

page (4 of 9)

Statement of Claim Continued

16) On 12-20-18 the Plaintiff wrote grievance # MX-18-02229 on D-W Ball, Major Randle, SGT, Gaines, Bruce Warren, and medical because they was not doing what they was suspose to do for the Plaintiff

17) On 12-26-18 the plaintiff took grievance # MX-18-02229 to step 3 the final step, which was the appeal to the director.

18) The Plaintiffs grievance # MX-18-02229 at step 3 was received at the inmate grievances supervisor Administration building on 1-7-19.

19) On the morning of 1-8-19 while the plaintiff was in his bed asleep ADC staff opened his cell door and allowed inmate Osborn to get in his cell.

20) Inmate Osborn jumped on the plaintiff while he was in his bed still asleep. The plaintiff woke up and inmate osborn had the plaintiff pinned down with the plaintiffs blankett and with inmate osborns weight. Inmate Osborn told the plaintiff that the plaintiff

Statement of Claim Continued

had told it the ~~shit~~ for the first time getting raped so now he was going to rape the plaintiff and the plaintiff could tell on him for it. Inmate osborn pulled p down the plaintiffs boxer shorts down and shoved his pennis all of the way inside the plaintiffs anus one time and then got up. The plaintiff was able to turn his head and see inmate osborn looking down at him holding his pennis and then inmate osborn ran out of the plaintiffs cell and the plaintiffs door was shut back. This second rape was 10 times worse in as far as internal injuries.
~~shit~~

21) Inmate osborn was allowed into the plaintiffs cell to rape the Plaintiff in retaliation for the plaintiff writing grievance #MX-18-02229 on D-W Ball, Major Randle, SGT. Gaines, Bruce Warren, and Medical in an attempt to get help.

22) When the plaintiff was taken to the infirmary he was again denied proper medical treatment By Dr. Horan.

page (6 of 9)

Statement of Claim Continued

23) Dr. Horan told the plaintiff that he was going to give the plaintiff a rape kit test and he stuck his finger inside of the plaintiffs anus and felt around and then told SGT. Gaines nothing.

24) The Plaintiff said wait hold on that does not show anything I need a rape kit test. SGT. Gaines told the plaintiff that the state police do that.

25) Dr. Horan lied about giveing the plaintiff ~~a~~ a rape kit test to give the plaintiff an illegal Cavity search because SGT. Gaines had found contraband in the plaintiffs cell.

26) Dr. Horan Sodomized the plaintiff.

27) As the senior Mental Health Counselor at the Max Sec. Unit Bruce Warren made sure that the plaintiff did not get proper mental health treatment in ~~Accordings~~ accordance with PREA Policy AD 15-29. For the second rape also.

Statement of claim continued

28) As the Prea team at the Max Sec. Unit D-W Ball, Major Randle, SGT. Gaines refused to conduct a proper investigation in accordance with PREA policy AD 15-29. Instead they worked together to cover up this rape that occured January 8th 2019 ~~at~~ at the Max Sec. Unit and not report it. The Plaintiff was thrown into a cell for 14 months and not allowed to talk to anyone out side the prison. Still today ADC will not allow for a proper investigation to be conducted in accordance with Internal Investigations Policy AD 17-16.

29) D-W Ball, Major Randle, SGT. Gaines, Bruce Warren and Dr. Horan all worked together to cover up that the Plaintiff had been raped on January 8th 2019 at the Max Sec. Unit in retaliation against the Plaintiff.

30) The conduct of these named defendants D-W Ball, Major Randle, SGT. Gaines, Bruce Warren and Dr. Horan acting under color of state law deprived the plaintiff of a right, priviledge, or immunity secured by the United States Constitution or by Federal law.

31) For these reasons stated in this claim the plaintiff is bringing a First Amendment claim of retaliation and an Eighth Amendment claim of deliberate indifference, cruel and unusual punishment and failure to protect against

Statement of Claim Continued

the named defendants D-W Ball, Major Randle, SGT. Cynthia Gaines, Bruce warren, and Dr. Horan

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct Excuted this 7th day of febuary, 2022

Signature of plaintiff: _Josh _____

page (9 of 9)

VIII.    Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

Any and all medical attention that I need, Any and all Mental Health treatment that I need, $7,000,000, Also; any and all other relief that the court sees fit to grant.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___7___ day of ___February___, 20_22_.

Signature(s) of plaintiff(s)

**STATE OF ARKANSAS**          )
                                       ) SS
**COUNTY OF** Pulaski          )

## AFFIDAVIT

I, Joshua M. Featherston , after first being duly sworn, do hereby swear, depose and state that: I sent grievance # MX-21-01653, grievance # MX-21-01655, and grievance # MX-21-01656 to step two on 11-9-21 and received them back from step 3 rejected for failure to follow policy by not writeing an appeal for each grievance on or about 12-15-21 and they was delivered to me in the infirmary ward by SGT. Smith and not in accoidance with policy because they was give to me as regular Mail instead of legal Mail. I did not break policy, but ADC broke policy because I never received these grievances back from step two so that I could write my Appeals and send them to step three myself. I sent them to step two and received them back from step 3 rejected. ADC did this inrentionally so they can claim a defense of failure to exhaust when I re-file my law suit. I did immediatly notify the court of ADC violating policy in an attempt to keep me from being able to use the courts as soon as I received these grievances back rejected from step 3. The case in court that I notified of ADC's intential policy infracture is case # 4:20-cv-00989-KGB-PSH and it is Document # 131-0.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

NAME: Joshua M. Featherston

DATE: 2-7-22

_Josh Featherston_
SIGNATURE

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 8th day of _____ Feb _____, 20 22 .

_(signature)_
NOTARY PUBLIC

My Commission Expires: 3/6/24

CHRISTOPHER COBB
No. 12401717
PULASKI COUNTY
Commission Expires 3-6-2024
ARKANSAS NOTARY PUBLIC

IGTT405                                                                    **Attachment V**
3GT

FAILURE TO FOLLOW

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL HAS RESULTED IN
## or REJECTION OF APPEAL    A REJECTION FOR THIS

APPEAL AND MARKS THE END

TO:  Inmate  <u>Featherston, Joshua M.</u>    ADC #: <u>154947B</u>    OF THE APPEAL PROCESS
FROM: <u>Straughn, William F</u>    TITLE: <u>Assistant Director (AD)</u>
RE: Receipt of Grievance <u>MX-21-01656</u>    DATE: <u>11/22/2021</u>

Please be advised, the appeal of your grievance dated
<u>11/08/2021</u>
was received in my office on this date  <u>11/22/2021</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
  - ☒ (a) Parole and/or Release matter
  - ☒ (b) Transfer
  - ☒ (c) Job Assignment (Unrelated to Medical Restriction)
  - ☒ (d) Disciplinary matter
  - ☒ (e) Matter beyond the Division's control and/or matter of State/Federal law
  - ☒ (f) Involves an anticipated event
  - ☒ (g) Publication
- ☒ You did not send all the proper Attachments:
  - ☒ (a) Unit Level Grievance Form (Attachment 1)
  - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response (Attachment IV for Health Issues Only)
  - ☒ (c) Acknowledgement and/or Rejection form (Attachment II)
  - ☒ (d) Step Two was appropriately rejected
  - ☒ (e) Did not give reason for disagreement in space provided for appeal
  - ☒ (f) Did not complete Attachment III or IV by signing your name, ADC#, and/or the date
  - ☒ (g) Unsanitary form(s) or documents received
- ☒ This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT410
3GS

Attachment III

**INMATE NAME:** <u>Featherston, Joshua M.</u>         **ADC #:** <u>154947B</u>         **GRIEVANCE #:** <u>MX-21-01656</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your complaint. You state the following: "This is a PREA grievance written on medical staff member Dr. Chris Horan. Dr. Horan retaliated against me for a grievance that I had wrote on him by refusing me proper medical treatment after I was beaten and raped twice. The second time that I was raped on January 8th, 2019, I reported it that day and was told that Dr. Horan was going to give me a rape kit test, after I was told that state police does that not Dr. Horan. Dr. Horan lied to me to give me an illegal cavity search. Dr. Horan sodomized me and refused to give me proper medical treatment. Dr. Horan made it impossible for me to get proper medical treatment for my neck, head, and internal injuries. Dr. Horan worked with security staff to cover up the second rape on January 8th, 2019."

Please be advised, records show the PREA allegations stated within your complaint were previously reported to the Internal Affairs Division and investigated. Your complaints were determined to be unfounded. Records also reflect that you were thoroughly examined by medical and interviewed by mental health staff at that time. Therefore, I find your grievance without merit.

Claudia Harris
_____
Signature of Warden/Supervisor or Designee

Deputy Warden
_____
Title

11/16/21
_____
Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

RECEIVED

NOV 2 2 2021

ADC#:    **INMATE GRIEVANCES SUPERVISOR**
154947    Date ADMINISTRATION BUILDING

_____

**Inmate Signature**

If appealing, please submit both the Unit Level Grievance Form
(Attachment I) and the Warden's Decision (Attachment III)

RECEIVED

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center __Wrightsville__                    NOV 2 2 2021

Name __Joshua M. Featherston__

INMATE GRIEVANCES SUPERVISOR

ADC# __154947__   Brks # __1__   Job Assignment __BRKS porter__

__11-8-21__ (Date) STEP ONE:  Informal Resolution

FOR OFFICE USE ONLY
GRV. # __MX-21-011656__
Date Received: __11-15-21__
GRV. Code #: __999__

__11-9-21__ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __I am going to step__
__two so that I can get the help that I need__
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt.  In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one:* medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel
involved and how you were affected. (Please Print): This is a PREA grievance written
on medical staff member Dr. Chris Horan. Dr. Horan retaliated retaliated
against me for refusing to give me a grievance that I had
wrote on him by refuseing me proper medical treatment after
I was beaten and raped twice. The second time that I was
raped on January 8th 2019 I reported it that day and was
told that Dr. Horan was going to give me a rape kit test, after
I was told that state police does that not Dr. Horan. Dr. Horan
lied to me to give me an Illegal cavity search. Dr. Horan
sodomized me and refused to give me proper medical
treatment. Dr. Horan made it impossible for me to get proper
medical treatment for my neck, head, and internal
injuries. Dr. Horan worked with security staff to cover up
the second rape on January 8th 2019

__Joshua Featherston__                    __11-8-21__
Inmate Signature                          Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __11-9-21__ (date), and determined to be Step One and/or an Emergency Grievance
__No__ (Yes or No).  This form was forwarded to medical or mental health?  __No__ (Yes or No).  If yes, name
of the person in that department receiving this form: _____ Date _____
__Lt. Felts__        __85829__    __Lt. [signature]__                    __10-8-21__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                 Date Received
Describe action taken to resolve complaint, including dates: __11-9-21 requested medical seek with Featherston__
__about incident that occured in 2019 Incident I listed in comm's. Grievance will be sent__
__to maximum security unit. tw__
__Lt. [signature]__   __11-9-21__                    __Joshua F. Featherston__   __11-9-21__
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two.  Is it an Emergency?___ (Yes or No).
Staff Who Received Step Two Grievance: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other? _____) Date _____
If forwarded, provide name of person  receiving this form: _____ Date: _____

DUE TO FOLLOW
POLICY, THIS HAS RESULTED IN
A DENIAL OR REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS.

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts;  **BLUE** - Grievance Officer;  **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT405
3GT

Attachment V

FAILURE TO FOLLOW
**ACKNOWLEDGEMENT OF GRIEVANCE APPEAL** POLICY HAS RESULTED IN
**or REJECTION OF APPEAL** A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

TO:  Inmate  <u>Featherston, Joshua M.</u>    ADC #:  <u>154947B</u>
FROM:  <u>Straughn, William F</u>    TITLE:  <u>Assistant Director (ADC)</u>
RE: Receipt of Grievance  <u>MX-21-01653</u>    DATE:  <u>11/22/2021</u>

Please be advised, the appeal of your grievance dated
<u>11/08/2021</u>
was received in my office on this date  <u>11/22/2021</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☐  The time allowed for appeal has expired
☐  The matter is non-grievable and does not involve retaliation:
      ☐  (a) Parole and/or Release matter
      ☐  (b) Transfer
      ☐  (c) Job Assignment (Unrelated to Medical Restriction)
      ☐  (d) Disciplinary matter
      ☐  (e) Matter beyond the Division's control and/or matter of State/Federal law
      ☐  (f) Involves an anticipated event
      ☐  (g) Publication
☑  You did not send all the proper Attachments:
      ☐  (a) Unit Level Grievance Form (Attachment 1)
      ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response (Attachment IV for Health Issues Only)
      ☐  (c) Acknowledgement and/or Rejection form (Attachment II)
      ☐  (d) Step Two was appropriately rejected
      ☑  (e) Did not give reason for disagreement in space provided for appeal
      ☑  (f) Did not complete Attachment III or IV by signing your name, ADC#, and/or the date
      ☐  (g) Unsanitary form(s) or documents received
☐  This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT410                                                                                          Attachment III
3GS

INMATE NAME: Featherston, Joshua M.          ADC #: 154947B          GRIEVANCE #: MX-21-01653

### WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your complaint. You state the following: "This is a PREA grievance written on Mental Health Counselor Bruce Warren at the Maximum Security Unit. On or about 11-29-2018 I reported that I was beaten and raped while housed at the Cummins Unit because I need mental health treatment. Bruce Warren refused to give me mental health treatment so on 12-20-18 I wrote a grievance and on 1-8-1 at the Max Security Unit I was retaliated against by staff opening my cell door while I was asleep and allowing Inmate Osborn in my cell to jump on me and rape me again. I reported this rape on 1-8-19 and asked for a rape kit test but I was denied all proper treatment. The second rape on 1-8-19 was reported and covered up. Bruce Warren made it impossible for me to get proper mental health treatment in accordance with AD 15-29 and worked with security to cover up the rape on 1-8-19."

Please be advised, records show the PREA allegations stated within your complaint were previously reported to the Internal Affairs Division and investigated. Your complaints were determined to be unfounded. Records also reflect that you were thoroughly examined by medical and interviewed by mental health staff at that time. Therefore, I find your grievance without merit.

_Claudia Harris_
Signature of Warden/Supervisor or Designee

_Deputy Warden_
Title

_11/16/21_
Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
~~APPEAL AND MARKS THE END~~
OF THE APPEAL PROCESS

RECEIVED

NOV 2 2 2021

INMATE GRIEVANCES SUPERVISOR
ADC#: ~~ADMINISTRATION BUILDING~~

IGTT410                                Page 1 of 2

<u>154947</u>    Date

_____

**Inmate Signature**

If appealing, please submit both the Unit Level Grievance Form
(Attachment I) and the Warden's Decision (Attachment III)

UNIT LEVEL GRIEVANCE FORM (Attachment I) NOV 2 2 2021

Unit/Center __Wrightsville__

Name __Joshua M. Featherston__          INMATE GRIEVANCES SUPERVISOR
                                          ADMINISTRATION BUILDING
ADC# __154947__   Brks # __1__   Job Assignment __BRKS Porter__

| FOR OFFICE USE ONLY |
|---|
| GRV. # __WRX240162B__ |
| Date Received: _____ |
| GRV. Code #: _____ |

__11-8-21__ (Date) STEP ONE: Informal Resolution

__11-9-21__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __I am going to step__
__two so that I can get the help that I need__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or (mental)*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): This is a PREA grievance written on
mental health counselor Bruce Warren at the maximum security unit.
On or about 11-29-2018 I reported that I was beaten and
raped while housed at the cummins unit because I need mental
health treatment. Bruce warren refused to give me mental health
treatment so on 12-20-18 I wrote a grievance and on 1-8-19
at the max security unit I was retaliated against by staff
opening my cell door while I was a sleep and allowing
inmate action in my cell to jump on me and rape me again. I
reported this rape on 1-8-19 and asked for a rape kit test but
I was denied all proper treatment. The second rape on
1-8-19 was not reported and covered up. Bruce Warren
made it impossible for me to get proper mental health
treatment in accordance with AD-18-29 and worked with
security to cover up the rape on 1-8-19

__Josh Featherston__                      __11-8-21__
**Inmate Signature**                        **Date**
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __11-9-21__ (date), and determined to be **Step One** and/or an Emergency Grievance
__NO__ (Yes or No). This form was forwarded to medical or mental health? __NO__ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____
__Lt. Felts__       __95829__    __Lt TBB__              __11-8-21__
**PRINT STAFF NAME (PROBLEM SOLVER)**  **ID Number**  **Staff Signature**        **Date Received**
Describe action taken to resolve complaint, including dates; 11-5-21 req. USAJ Mental Health
Peek with Inmate Featherston. Inmate described by Featherston is risk in
eomis. Grievance will be sent to Maximum security unit 201
__Lt. TBB__       __11-9-21__              __Josh Featherston__      __11-9-21__
**Staff Signature & Date Returned**              **Inmate Signature & Date Received**
This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? TO FOLLO(Yes or No).
Staff Who Received Step Two Grievance: _____ POLICY Date: RESULTED IN
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: FOR THIS
If forwarded, provide name of person receiving this form: _____ Date: RKS THE END
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - APPEAL AND MARKS THE END - - - -
                                                    OF THE APPEAL PROCESS
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

ADCF-16

IGTT405                                                                          Attachment V
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

*FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS*

TO:  Inmate  Featherston, Joshua M.    ADC #:  154947B
FROM:  Straughn, William F        TITLE:  Assistant Director (ADC)
RE: Receipt of Grievance  MX-21-01655   DATE:  11/22/2021

Please be advised, the appeal of your grievance dated
11/08/2021
was received in my office on this date  11/22/2021

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
  - ☒ (a) Parole and/or Release matter
  - ☒ (b) Transfer
  - ☒ (c) Job Assignment (Unrelated to Medical Restriction)
  - ☒ (d) Disciplinary matter
  - ☒ (e) Matter beyond the Division's control and/or matter of State/Federal law
  - ☒ (f) Involves an anticipated event
  - ☒ (g) Publication
- ☒ You did not send all the proper Attachments:
  - ☒ (a) Unit Level Grievance Form (Attachment 1)
  - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response (Attachment IV for Health Issues Only)
  - ☒ (c) Acknowledgement and/or Rejection form (Attachment II)
  - ☒ (d) Step Two was appropriately rejected
  - ☒ (e) Did not give reason for disagreement in space provided for appeal
  - ☒ (f) Did not complete Attachment III or IV by signing your name, ADC#, and/or the date
  - ☒ (g) Unsanitary form(s) or documents received
- ☒ This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT410                                                                                      Attachment III
3GS

INMATE NAME: Featherston, Joshua M.          ADC #: 154947B          GRIEVANCE #: MX-21-01655

### WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your complaint. You state the following: "This is a PREA grievance written on security staff members D-W Ball, Major Kenyon Randle, and Sgt. Cynthia Gaines. On or about 11-29-18, I reported to these named security staff members at the Maximum Security Unit because I was beaten and raped while housed at the Cummins Unit. I am in need of medical and mental health. I have been denied all appropriate help, soon 12-20-18 I wrote a grievance on these named staff members for refusing to follow policy and give me the help that I need on January 8th, 2019. I was retaliated against for this grievance I wrote on 12-20-18 by security staff opening my cell door while I was asleep and allowing Inmate Osborn to jump on me and rape me. I reported this second rape on January 8th, 2019 and asked to be given a rape kit test, but there named security staff members would not allow for me to have proper treatment in accordance with AD 15-29 instead they covered up the (End of allotted space)."

Please be advised, records show the PREA allegations stated within your complaint were previously reported to the Internal Affairs Division and investigated. Your complaints were determined to be unfounded. Records also reflect that you were thoroughly examined by medical and interviewed by mental health staff at that time. Therefore, I find your grievance without merit.

_Claudia Harris_
Signature of Warden/Supervisor or Designee

_Deputy Warden_
Title

_11/16/21_
Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

RECEIVED

NOV 2 2 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT410                              Page 1 of 2

RECEIVED

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
Inmate Signature APPEAL PROCESS

ADC#:
154947

NOV 2 2 2021

Date
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**If appealing, please submit both the Unit Level Grievance Form
(Attachment I) and the Warden's Decision (Attachment III)**

RECEIVED

NOV 2 2 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Wrightsville_

Name _Joshua M. Featherston_

ADC# _154947_    Brks # _1_    Job Assignment _BKS Server_

| FOR OFFICE USE ONLY |
|---|
| GRV. # _MX-21-01655_ |
| Date Received: _11-15-21_ |
| GRV. Code #: _999_ |

_11-8-21_ (Date) STEP ONE: Informal Resolution

_11-9-21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I am going to step_
_two so that I can get the help that I need_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _This is a PREA grievance written on_
_security staff members D-W Ball, Major Kenyon Randle, and sgt._
_Cynthia Gaines. On or about 11-29-18 I reported to these named security_
_staff members at the Maximum security unit because I was beaten and_
_raped while housed at the Cummins Unit. I am in need of Medical_
_and Mental health. I have been denied all appropriate help, so on_
_12-20-18 I wrote a grievance on these named staff members for_
_refuseing to follow policy and give me the help that I need on_
_January 8th 2019 I was retaliated against for this grievance_
_I wrote on 12-20-18 by security staff opening my cell door while_
_I was asleep and allowing inmate osborn to jump on me and_
_rape me, - sec. I reported this second rape on January 8th_
_2019 and asked to be given a rape kit test, but these named_
_security staff members would not allow for me to have proper_
_treatment in accordance with AD 1529 instead they covered up the_
_second rape and I have never been given the help that I need._

_Joel Featherston_
Inmate Signature                                    Date    _11-8-21_

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _11-9-21_ (date), and determined to be Step One and/or an Emergency Grievance
_No_ (Yes or No). This form was forwarded to medical or mental health? _No_ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____
_Lt. Felts_    _85929_    _Lt._ _____    _11-9-21_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates: _11-9-21, (Later con.) and inmate in_
_question is billed to Femis. Grievance will be sent to Maximum security unit. TR._

_Lt._ _____    _11-9-21_    _____    _11-9-21_
Staff Signature & Date Returned        (Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

TO FOLLOW IT HAS RESULTED IN
COLLECTION FOR THIS
AND MARKS THE END
OF THE APPEAL PROCESS

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

Joshua M. Featherston #154907

P.O. Box 1000

Wrightsville, AR

72183

THIS MAIL
ORINATES FROM
A D C
WRIGHTSVILL UNIT

quadient
FIRST-CLA
IMI
$002.
02/10/2022
043M312250

United States District Court
Clerks office
600 W. Capitol Avenue
Suite A-149
Little Rock, Arkansas 72201-3325