# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA FEATHERSTON**  **PLAINTIFF**
*ADC #154947*

v.  **CASE NO. 4:22-CV-00154-BSM-JTR**

**CHRIS HORAN,**
**Doctor, WellPath,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 14] is adopted. Joshua Featherston may proceed with his inadequate medical care claims against Chris Horan and Bruce Warren. Featherston's failure to investigate claims against Ball, Kenyon Randle, and Cynthia Gaines are dismissed without prejudice for failure to state a claim on which relief may be granted. Featherston's conspiracy claims against Ball, Randle, Gaines, Horan, and Warren are insufficiently pled and dismissed without prejudice. Featherston's other claims against Ball, Randle, Gaines, Horan, and Warren are time-barred and dismissed with prejudice. The clerk is directed to terminate Ball, Randle, and Gaines as defendants to this lawsuit.

IT IS SO ORDERED this 17th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE