UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. FEATHERSTON                                                            PLAINTIFF
ADC #154947

V.                           No. 4:22-CV-00154-BSM-JTR

CHRIS HORAN, Doctor,
Wellpath, *et al*.                                                                      DEFENDANTS

## ORDER

Service is now appropriate for Defendants Dr. Chris Horan and Bruce Warren, Senior Mental Health Counselor, concerning Plaintiff's inadequate medical care claims. The Clerk is directed to prepare a Summons for each of these Defendants. The United States Marshal is directed to serve these Defendants with summons, Complaint (*Doc. 2*), Partial Recommended Disposition (*Doc. 14*), Order adopting Partial Recommended Disposition (*Doc. 20*), and this Order through Humphries, Odum and Eubanks Law Firm, 1900 Broadway, Little Rock, Arkansas 72206, without prepayment of fees and costs or security.[1]

IT IS SO ORDERED this 7th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If any of the Defendants are no longer employed by WellPath, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.