IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. FEATHERSTON                                                                    PLAINTIFF
*ADC #154947*

v.                             CASE NO. 4:22-CV-00154-BSM

CHRIS HORAN,
Doctor, WellPath, *et al.*                                                               DEFENDANTS

### ORDER

Having carefully reviewed the record, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 23] is adopted. Joshua Featherston's motions for preliminary injunctions [Doc. Nos. 6, 9, and 10] are denied, without prejudice.

IT IS SO ORDERED this 18th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE