IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA FEATHERSTON**                                                                       **PLAINTIFF**
*ADC #154947*

v.                                   **CASE NO. 4:22-CV-00154-BSM**

**CHRIS HORAN,**
**Doctor, WellPath***, et al.*                                                               **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 81] is adopted. The motions for summary judgment of defendants Bruce Warren and Chris Horan [Doc. Nos. 47 & 53] are granted. Joshua Featherston's deliberate indifference claims against Warren and Horan are dismissed, without prejudice, for failure to exhaust administrative remedies.

Additionally, Featherston's motion for order [Doc. No. 77] is denied because he has not established his entitlement to the extraordinary remedy of injunctive relief mandating the specific mental health treatment that he is requesting. *See Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995) ("[I]n the prison context, a request for injunctive relief must always be viewed with great caution because judicial restraint is especially called for in dealing with the complex and intractable problems of prison administration."); *see also Cates v. Ciccone*, 422 F.2d 926, 928 (8th Cir. 1970) ("The district courts cannot become a forum to enjoin prison authorities for alleged negligence in rendering medical care to prisoners under the guise of habeas corpus or in any other action seeking injunctive relief.").

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE