IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA FEATHERSTON                                                                                    PLAINTIFF
*ADC #154947*

v.                              CASE NO. 4:22-CV-00154-BSM

CHRIS HORAN,
Doctor, WellPath, *et al.*                                                                             DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed. Joshua Featherston's time-barred claims were dismissed with prejudice. *See* Doc. No. 20. All other claims were or are now dismissed without prejudice. *See* Doc. Nos. 20 & 84.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE